IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JOHN SHERWOOD, individually, as surviving spouse of STEPHANIE SHERWOOD; as Temporary Administrator of the Estate of STEPHANIE SHERWOOD; and, as guardian and natural parent of BRET SHERWOOD and REBECCA SHERWOOD, minors,<br><br>　　Plaintiff,<br><br>　　v.<br><br>MICHELIN NORTH AMERICA, INC., et al.,<br><br>　　Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Criminal Action No.<br>7:06-CV-93-HL |

## **ORDER**

Having considered the briefs and filings of the parties, the Court hereby grants Defendant Michelin North America, Inc.'s ("MNA") Motion to Enforce this Court's October 17, 2008 Order and to Exclude Mr. Troy Cottles (Doc. 175). Cottles has not complied with the Court's October 17, 2008 Order that he produce all data requested by Defendant MNA. As a result of his willful failure to comply with the Court's Order, he will be excluded from the trial of this case should this case go to trial.

**SO ORDERED**, this the 26th day of March, 2009.

　　　　　　　　　　　　　　　　　　　　*s/ Hugh Lawson*
　　　　　　　　　　　　　　　　　　　　HUGH LAWSON, Judge

dhc