IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JOHN SHERWOOD, individually, and as surviving spouse of Stephanie Sherwood, and as guardian and natural parent of Bret Sherwood and Rebecca Sherwood, minors,<br><br>    Plaintiff,<br><br>v.<br><br>MICHELIN NORTH AMERICA, INC., MICHELIN NORTH AMERICA (CANADA), INC., MICHELIN AMERICAS RESEARCH & DEVELOPMENT CORPORATION, and FORD MOTOR COMPANY,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 7:06-cv-00093-HL |

## ORDER UNSEALING COURT RECORDS

Upon consideration of the amended motion of the Plaintiff to unseal Court records, and with the consent of defendants Michelin North America, Inc., Michelin North America (Canada) Inc., and Michelin Americas Research & Development Corp. (now an operating division of Michelin North America) the Court orders that to the extent any of the following records are sealed, they are hereby unsealed:

Document #140, #141, #156 (except Exhibit A), #157, #158, #159, #160, #161, #168, #174, #175, #182, #192, #197, #216, #220, #224, #226, #227, #228, #229, and #230.

So ordered, this 23rd day of April, 2009

                                                *s/ Hugh Lawson*
                                                Honorable Hugh Lawson
                                                United States District Judge